**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| JAMES DAOUST,<br><br>            Plaintiff,<br>       v.<br><br>U UNLIMITED INC, *et al*.,<br><br>            Defendants.<br>_____/ | No. C 10-00678 LB<br><br>**ORDER: (1) VACATING CMC; (2) SETTING HEARING ON APPLICATION FOR DEFAULT JUDGEMENT; AND (3) FOR SUPPLEMENTAL BRIEFING BY PLAINTIFF** |

Pending before the Court is Plaintiff James Daoust's Application for Default Judgment against Defendants U Unlimited, Inc. and Eitan Spanier. (Dkt. #9.) This case is currently set for a case management conference on June 16, 2010. (Dkt. #3.) In light of the pending Application for Default Judgment, the Court **VACATES** the June 16th case management conference and **SETS** Plaintiff's Application for Default Judgment for hearing on July 1, 2010 at 11:00 a.m., in Courtroom 4.

Further, to assist the Court in considering Plaintiff's request for default judgment, the Court **ORDERS** Plaintiff to submit a supplemental brief addressing the seven factors set forth in *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986).

/ / /

/ / /

C 10-00678
Order : (1) Vacating CMC; (2) Setting Hearing on Application for Default Judgment; and (3) for Supplemental Briefing

Plaintiff shall file his brief by June 17, 2010.

**IT IS SO ORDERED.**

Dated: June 2, 2010

_____
LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California

C 10-00678
Order : (1) Vacating CMC; (2) Setting Hearing on Application for Default Judgment; and (3) for Supplemental Briefing
2