UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| JAMES DAQUST<br><br>　　　　　Plaintiff,<br>　　v.<br>U UNLIMITED INC., *et al*.<br>　　　　　Defendants.<br>_____/ | No. C 10-00678 LB<br><br>**ORDER DIRECTING DEFENDANTS TO FILE CONSENT/DECLINATION FORM** |

Pending before the Court is Defendants' Motion for Relief from Entry of Default Judgment (Dkt. #17). Upon review of the record in this action, the Court notes that Defendants have not filed a written consent to Magistrate Judge Beeler's jurisdiction. This civil case was randomly assigned to Magistrate Judge Beeler for all purposes including trial. In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district court are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by Magistrate Judge Beeler may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

You have the right to have your case assigned to a United States District Judge for trial and disposition. Accordingly, Defendants shall inform the Court whether they consent to Magistrate

C 10-00678 LB

1  Judge Beeler's jurisdiction or requests reassignment to a United States District Judge for trial.  The
2  consent/declination form shall be filed by **5:00 p.m., June 28, 2010**.
3      **IT IS SO ORDERED.**

5  Dated: June 24, 2010

                                                LAUREL BEELER
                                                United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

JAMES DAQUST,                                     No. C 10-00678 LB

    Plaintiff(s),                                **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

    v.

U UNLIMITED INC,

    Defendant(s).
_____/

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____         _____
                                       Signature

                                       Counsel for _____
                                       (Plaintiff, Defendant or indicate "pro se")

C 10-00678 LB                          3

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| JAMES DAQUST,<br><br>        Plaintiff(s),<br><br>    v.<br><br>U UNLIMITED INC,<br><br>        Defendant(s).<br>_____/ | No.  C 10-00678 LB<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____          Signature_____

                                        Counsel for _____
                                        (Plaintiff, Defendant, or indicate "pro se")

C 10-00678 LB                          4