UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| JAMES DAOUST,<br><br>             Plaintiff,<br>   v.<br>U UNLIMITED INC, *et al.*,<br>             Defendants.<br>_____/ | No. C 10-00678 LB<br><br>**ORDER RE-SETTING HEARING DATES AND SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR RELIEF FROM ENTRY OF DEFAULT** |

On February 17, 2010, Plaintiff James Daoust filed a Complaint against Defendants U Unlimited, Inc. and Eitan Spanier. (Dkt. #1.) On April 14, 2010, Plaintiff filed his Request for Entry of Default. (Dkt. #6.) The Clerk entered Defendants' default on April 16, 2010. (Dkt. #7.) On May 27, 2010, Plaintiff filed a Motion for Default Judgment and noticed it for hearing on July 1, 2010. (Dkt. #9.) Subsequently, on June 24, 2010, Defendants filed a Motion for Relief from Entry of Default Judgment (Dkt. #17), and lodged their Answer (Dkt. #16). Defendants, however, noticed their Motion for July 1, 2010, which does not comply with Civil Local Rule 7-2(a)'s requirement that motions be noticed at least 35 days after service of the motion. Accordingly, because the Motion does not comply with the Local Rules and because the noticed hearing date does not afford Plaintiff sufficient time to file an Opposition, the matter must be re-set. Further, because the relief Defendants request is directly related to Plaintiff's request for entry of default judgment, the Court

C 10-00678
ORDER SETTING HEARING DATE AND BRIEFING SCHEDULE

1 must address the Motions at the same time.

2     Considering the foregoing factors, the Court **HEREBY ORDERS** as follows:

3     The Court **VACATES** the current July 1, 2010 hearing date on Plaintiff's Motion for Default
4 Judgment.

5     The Court **SETS** Plaintiff's Motion for Default Judgment <u>and</u> Defendants' Motion for Relief
6 from Entry of Default for hearing before the Court on **<u>August 12, 2010 at 3:00 p.m.</u>**

7     The Court **SETS** the briefing schedule on Defendants' Motion as follows: Plaintiff's
8 Opposition shall be due no later than **<u>July 9, 2010</u>**. Defendants' Reply will be due no later than **<u>July
9 16, 2010</u>**.

10     **IT IS SO ORDERED.**

11 Dated: June 24, 2010

12     _____
    LAUREL BEELER
13     United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

28 C 10-00678
ORDER SETTING HEARING DATE AND BRIEFING SCHEDULE
2