1  MICHAEL L. TRACY, ESQ., SBN 237779
   MTRACY@MICHAELTRACYLAW.COM
2  MEGAN ROSS HUTCHINS, ESQ., SBN 227776
3  MHUTCHINS@MICHAELTRACYLAW.COM
   LAW OFFICES OF MICHAEL TRACY
4  2030 Main Street, Suite 1300
5  Irvine, CA  92614
   T: (949) 260-9171
6  F: (866) 365-3051

7  Attorneys for Plaintiff JAMES DAOUST

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA -OAKLAND

| | |
|---|---|
| JAMES DAOUST, an individual<br><br>Plaintiff,<br><br>vs.<br><br>U UNLIMITED, INC., A CALIFORNIA CORPORATION;  EITAN SPANIER, AN INDIVIDUAL; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 4:10-cv-00678-LB<br><br>**[PROPOSED] ORDER RE STIPULATION OF DISMISSAL** |

Pursuant to pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) this action and all claims asserted in it are dismissed with prejudice and the matter is closed.

DATED: September 9, 2010

By: _____
UNITED STATES DISTRICT JUDGE

-1-